UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-CR-1288-DMS |
|---|---|
| Plaintiff, | |
| v. | **RESTITUTION ORDER FOR DEFENDANT MARCUS ANTHONY FOREMAN** |
| MARCUS ANTHONY FOREMAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant MARCUS ANTHONY FOREMAN pay restitution in the amount of $42,803.12, forthwith, through the Clerk, United States District Court.

The Court waives interest and fees.

During the defendant's incarceration the defendant shall pay restitution through the Inmate Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater.

The defendant shall pay the restitution during any period of supervised release at the rate of $250.00 per month, with the first payment due within 90 days from the defendant's release from custody or the start of his probation, whichever is later.  These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

Restitution is to be paid to the Clerk, United States District Court, who then is to pay the following victims:

| Victim | Restitution |
|---|---|
| Maria Caldera | $5,252.25 |
| California Victim Compensation & Government Claims Board | $37,550.87 |
| **Total Restitution** | $42,803.12 |

The defendant shall be jointly and severally liable to pay restitution with co-defendants Terry Carry Hollins, Jermaine Gerald Cook and Wilbert Ross, III for the same losses. Until restitution is paid in full, the defendant shall notify the Clerk of the Court and the United States' Attorney's Office of any change in the defendant's mailing or residence address, no later than 30 days after the change occurs.

During any period of supervised release, the defendant shall notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership, or corporation until the fine or restitution is paid in full. During the period of supervised release, the defendant shall notify the Collections Unit, United States Attorney's Officer, before the defendant transfers any interest in the property owned directly or indirectly by defendant, including any interest held or owned under any other name or entity, including trusts, partnerships, and/or corporations.

IT IS SO ORDERED.

DATED: September 30, 2016

_____
HONORABLE DANA M. SABRAW
United States District Judge